```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/13/2022
```

Steven W. Block
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
Telephone: 206-223-7000
*Attorney for Plaintiff Expeditors International of Washington, Inc.*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>MEDITERRANEAN SHIPPING COMPANY, S.A., a foreign corporation,<br><br>                Defendant. | No. 1:22-cv-01805-ALC<br><br>NOTICE STRIKING PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AGAINST DEFENDANT MEDITERRANEAN SHIPPING COMPANY, S.A.<br><br>(CLERK'S ACTION REQUIRED) |

    Plaintiff Expeditors International of Washington, Inc. hereby strikes its Motion for Entry of Default Against Defendant Mediterranean Shipping Company, S.A. which is Dkt. 13 on the Court's Docket.

    DATED: June 10, 2022

LANE POWELL PC

By: *s/ Steven Block*
   Steven W. Block
   NY State Bar No. 2121259

1420 Fifth Avenue, Suite 4200
Seattle, Washington 98111-9402
206.223.7000

*Attorney for Plaintiff Expeditors International of Washington, Inc.*

Plaintiff's request to strike ECF No. 13 is hereby **GRANTED.**

SO ORDERED:
*/s/ Andrew L. Carter, Jr./*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2022

116719.0029/8948015.1